**FILED**

07/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0298

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA-23-0298

* * * *

|  |  |
|---|---|
| MIKE WINSOR, | ) |
| | ) |
| Appellee/Plaintiff/Cross-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF MONTANA, by and through the MONTANA STATE AUDITOR AND COMMISSIONER OF SECURITIES & INSURANCE, | ) |
| | ) |
| Appellant/Defendant/Cross-Appellee. | ) |

**ORDER GRANTING EXTENSION TO FILE TRANSCRIPT**

Upon unopposed motion from Appellant/Cross-Appellee State of Montana, Commissioner of Securities and Insurance,

IT IS HEREBY ORDERED Court Reporter, Michael J. Raffel, has up to and including Monday, August 14, 2023 to file the transcript in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2023